IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Isiah J. Jones, | ) | |
| | ) | 4:05CV3053 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| J. William, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 20, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to file a second amended complaint. Upon review of the record, I will grant the motion, and the plaintiff shall have until May 9th, 2005 to file the second amended complaint.

SO ORDERED.

DATED this 26TH day of April, 2005.

BY THE COURT:


S/F.A. GOSSETT
United States Magistrate Judge