IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | 4:05CV3053 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| J. WILLIAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 32, the motion to amend, filed by the plaintiff. In filing no. 32, the plaintiff requests leave to amend the complaint. However, after review of the proposed amended complaint, it appears that the plaintiff is merely supplementing and clarifying issues in the original complaint. Therefore, filing no. 32 will be construed as a motion to supplement. Filing no. 32 is granted.

SO ORDERED.

DATED this 20th day of May, 2005.

BY THE COURT:


s/F.A. GOSSETT
United States Magistrate Judge