IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3053 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| J. WILLIAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

After consultation with District Judge Richard G. Kopf, this matter is before the undersigned Magistrate Judge to appoint counsel for the plaintiff. In light of the plaintiff's allegations of unconstitutional medical treatment, the complexity of this case, the imminent proceedings scheduled by the defendants to determine whether to administer antipsychotic drugs to the plaintiff without his consent, and the limitations on the plaintiff's ability to retain any expert witness(es) and to prepare for administrative and judicial proceedings without assistance, the court is appointing counsel to assist the plaintiff.

To provide the plaintiff's attorney with time to become familiar with the case, the court requests that the defendants delay proceedings relating to the determination whether to implement involuntary medication procedures as to the plaintiff. After the plaintiff's attorney has had time to meet the plaintiff and familiarize herself with the case, the defendants' counsel may coordinate with plaintiff's counsel regarding the scheduling of a hearing on involuntary medical procedures. Counsel for the parties shall keep the court informed by filing two joint status reports: (1) an initial status report stating the date to which the administrative proceedings have been rescheduled; and (2) a later report notifying the court when the administrative proceedings have been completed and the outcome. Either report may be filed under seal if it contains confidential information.

IT IS THEREFORE ORDERED:

1. That Kellie Paris Asaka, Esq. is appointed to represent the plaintiff as his attorney in the above-entitled litigation;

2. That within ten (10) days of the date of this Order, Ms. Asaka shall enter an appearance in this case and shall contact the plaintiff to make arrangements to confer in person or by telephone with the plaintiff;

3. That Ms. Asaka is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, preparing for administrative and judicial proceedings, amending the pleadings, conducting such discovery as may be

necessary, and retaining such expert witness(es) as may be needed;

      4.    That Ms. Asaka shall prepare such "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as may be appropriate to obtain reimbursement for the costs associated with retention of any expert witness(es);

      5.    That the administrative proceedings relating to involuntary medical procedures shall be postponed until Ms. Asaka has had a reasonable time to become acquainted with the case;

      6.    That counsel for the parties shall file the joint status reports discussed above; and

      7.    That in addition to the parties, the Clerk of Court shall furnish a copy of this Memorandum and Order to Kellie Paris Asaka, Esq.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge