IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISIAH J. JONES,<br><br>  Plaintiff,<br><br>v.<br><br>J. WILLIAM, DAVE THOMAS, K. GALATAS, R. ELLIOTT, RANDY T. KOHL, FRED BRITTEN, F. HOPKIN, DR. CHERRY, and UNKNOWN LAMAR,<br><br>  Defendants. | 4:05cv3053<br><br>ORDER |

The Clerk's Office has requested that the corrective entry relating to Document Number 70 be stricken from the record for the following reason:

- Report to the Court should NOT be construed as a motion.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike the corrective entry relating to Document Number 70 from the record.

DATED this 10th day of January, 2006.

        BY THE COURT:

        s/ F.A. Gossett
        United States Magistrate Judge