IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3053 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| J. WILLIAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The offices of District Judge Richard G. Kopf and the undersigned Magistrate Judge have received notice that an attorney, Matthew T. Knoblauch, Esq., has been retained to represent the plaintiff, Isiah J. Jones, in a civil matter related to the above-entitled case. Therefore, as requested by the plaintiff (filing no. 75 at 3) and with the agreement of Mr. Knoblauch and counsel previously appointed in this case, Kellie Paris Asaka, Esq., it is appropriate that Mr. Knoblauch be appointed in Ms. Asaka's stead to undertake the representation of the plaintiff in the above-entitled case.

THEREFORE, IT IS ORDERED:

1. That, with the consent and agreement of Ms. Asaka, filing no. 69, my Memorandum and Order of January 9, 2006, is vacated, as is filing no. 74, Ms. Asaka's Entry of Appearance;

2. That Matthew T. Knoblauch, Esq. is appointed to represent the plaintiff as his attorney in the above-entitled litigation on the same terms and conditions regarding compensation as previously applied to Ms. Asaka;

3. That Mr. Knoblauch is appointed to assist the plaintiff for all purposes in connection with this litigation, including, without limitation, preparing for administrative and judicial proceedings, amending pleadings, conducting discovery, and retaining expert witness(es);

4. That Mr. Knoblauch shall prepare such *advance* "Application(s) for Authorization to Incur Expenses" and "Request(s) for Reimbursement" as are appropriate to obtain reimbursement for the costs associated with retention of any experts;

5. That the court is insufficiently informed to make any determination at this time regarding whether a stay should continue regarding involuntary medication of the plaintiff; therefore, no such stay will remain in effect; however, counsel for the plaintiff may present whatever information or motions he deems appropriate, in writing, at any time, and he may

conduct whatever discovery he needs to protect the plaintiff; counsel for the defendants shall cooperate fully with requests for discovery by the plaintiff's attorney;

      6.    That beginning on February 1, 2006, and continuing for as long as the plaintiff is receiving any medication or medical procedures to which he does not consent, the defendants shall file with the court under seal and serve on the plaintiff's attorney, a status report on the first day of each calendar month, stating in detail what medication and medical procedures have been administered to the plaintiff without his consent during the previous calendar month and the medical purpose(s) for which each such medication and procedure was administered;

      7.    That filing nos. 72, 73 and 75 are granted to the extent consistent with this Memorandum and Order and are otherwise denied; and

      8.    That the Clerk of Court shall send a copy of this Memorandum and Order to Kellie Paris Asaka, Esq. and to Matthew T. Knoblauch, Esq.

      DATED this 26th day of January, 2006.

                                          BY THE COURT:

                                          s/ F. A. GOSSETT
                                          United States Magistrate Judge