IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, a government agency; FRANK HOPKINS, Assistant Director of Institutions as Nebraska Department of Corrections, in his official capacity; DR. JANSSEN WILLIAMS, in his individual capacity; KRIS GALATIS, in her individual capacity. | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Pending before me are two motions for summary judgment which are not opposed. For the reasons stated in the briefs in support of the motions (filings 148 and 153), the motions will be granted. Accordingly,

IT IS ORDERED that:

(1)   The motion for summary judgment on behalf of Defendants Elliott, Kohl, Britten and LaMar (filing 147) is granted, and this case is dismissed with prejudice against said defendants.

(2)   The motion for summary judgment on behalf of Defendants Nebraska Department of Correctional Services and Frank Hopkins (filing 152) is granted, and this case is dismissed with prejudice against said defendants.

(3)   This case will proceed against Defendants Dr. Janssen Williams and Kris Galatis.

(4) My chambers shall provide Magistrate Judge Gossett with a copy of this memorandum and order so that he may take it into consideration during the pretrial conference scheduled before Judge Gossett on July 30, 2007, at 11:00 a.m.

July 9, 2007. BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge