IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| V. | ) | |
| | ) | |
| J. WILLIAM, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, and K. GALATAS, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

To avoid confusion,

IT IS ORDERED that Magistrate Judge Gossett, and not Magistrate Judge Piester, will hold the pretrial conference previously scheduled for July 30, 2007, at 11:00 a.m. in Omaha. Unless otherwise changed by Judge Gossett, the date, time and place of the pretrial conference remain the same.

July 11, 2007.                    BY THE COURT:

                         *s/ Richard G. Kopf*
                         United States District Judge