THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | 4:05CV3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| a government agency; FRANK | ) | |
| HOPKINS, Assistant Director of | ) | |
| Institutions as Nebraska Department | ) | |
| of Corrections, in his official | ) | |
| capacity; DR. JANSSEN | ) | |
| WILLIAMS, in his individual | ) | |
| capacity; KRIS GALATIS, in | ) | |
| her individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

On July 9, 2007, I prepared an order granting two motions for summary judgment (filings 147 & 152) in favor of several of the defendants, noting that Plaintiff's counsel had not filed a response to either motion for summary judgment. The Clerk of Court filed and docketed the order granting the motions for summary judgment on July 10, 2007 (filing 161). Subsequent to preparation of that order, and on July 9, 2007, Plaintiff's counsel filed a response (filing 159) to the motion for summary judgment (filing 152) that was filed on May 29, 2007.[1]

Because Plaintiff's July 9, 2007, response to the motion for summary judgment (filing 152) was untimely, the court's previous order (filing 161) granting the defendants' motions for summary judgment shall not be altered and shall stand as

---

[1]Plaintiff's counsel did not respond to the motion for summary judgment (filing 147) filed on April 2, 2007.

written.

IT IS ORDERED that the court's order (filing 161) granting the defendants' motions for summary judgment (filings 147 & 152) shall not be altered and shall stand as written.

July 16, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge