IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| V. | ) | |
| | ) | |
| J. WILLIAM and K. GALATAS, | ) | ORDER |
| Tecumseh State Prison Medical Staff | ) | |
| (CMS), in their individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Judge Gossett has been helping Judge Piester and me. But after consultation with Judge Gossett and Judge Piester, I conclude that this matter should be handled in the future by Judge Piester. I thank Judge Gossett for his assistance. Therefore,

IT IS ORDERED that:

(1) All further matters typically handled by magistrate judges shall be handled by Judge Piester in this case.

(2) Counsel for the parties are requested to reschedule the telephone conference referenced in filing 169 by contacting Judge Piester's judicial assistant. The September 17, 2007 conference is therefore cancelled subject to rescheduling.

August 29, 2007.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge