```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| v. | ) | |
| | ) | |
| J. WILLIAM, Tecumseh State | ) | ORDER |
| Prison Medical Staff (CMS), | ) | |
| in their individual and | ) | |
| official capacities, and K. | ) | |
| GALATAS, Tecumseh State | ) | |
| Prison Medical Staff (CMS), | ) | |
| in their individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for enlargement of time, filing 174, is granted and plaintiff is given a five day extension of time to file a reply brief.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge