IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| V. | ) | |
| | ) | |
| J. WILLIAM, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, and K. GALATAS, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion for enlargement of time, filing 177, is granted and plaintiff is given until October 1, 2007 to file a reply brief.

DATED this 25th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge