```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

ISIAH J. JONES,                  )
                                 )
             Plaintiff,          )       4:05CV3053
                                 )
        v.                       )
                                 )
J. WILLIAM, Tecumseh State       )           ORDER
Prison Medical Staff (CMS),      )
in their individual and          )
official capacities, and K.      )
GALATAS, Tecumseh State          )
Prison Medical Staff (CMS),      )
in their individual and          )
official capacities,             )
                                 )
             Defendants.         )
                                 )
```

Plaintiff has filed, pro se, a motion for temporary retraining order.  However, the plaintiff is represented by counsel, and therefore all communications with the court must be through and by counsel.  For that reason,

IT IS ORDERED, the motion, filing 181, is deemed stricken.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge