```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

ISIAH J. JONES,                    )
                                   )
            Plaintiff,             )      4:05CV3053
                                   )
      v.                           )
                                   )
J. WILLIAM and K. GALATAS,         )      ORDER
Tecumseh State Prison Medical      )
Staff (CMS), in their              )
individual and official            )
capacities,                        )
                                   )
            Defendants.            )
                                   )
```

IT IS ORDERED:

The Rule 16 telephone planning is placed back on the calendar and is set for October 30, 2007 at 9:00 a.m. with the undersigned magistrate judge. Plaintiff's counsel shall initiate the call to chambers at 402-437-5235.

DATED this 11th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge