IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| v. | ) | |
| | ) | |
| J. WILLIAM, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, and K. GALATAS, Tecumseh State Prison Medical Staff (CMS), in their individual and official capacities, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed, pro se, two motions in this case, "Motion for Extension", filing number 186, and "Motion Presenting Material Facts and E.C.T.", filing number 190, However, the plaintiff is represented by counsel, and therefore all communications with the court must be through and by counsel. For that reason,

IT IS ORDERED,

1. The motions, filings 186, and 190, are deemed stricken, and the clerk shall send them to counsel for plaintiff.

2. The clerk is directed not to file anything that comes directly from the plaintiff. All filings should come only from plaintiff's attorney.

DATED December 7, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge