```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3053 |
| | ) | |
| V. | ) | |
| | ) | |
| J. WILLIAM, Tecumseh State | ) | ORDER |
| Prison Medical Staff (CMS), | ) | |
| in their individual and | ) | |
| official capacities, and K. | ) | |
| GALATAS, Tecumseh State | ) | |
| Prison Medical Staff (CMS), | ) | |
| in their individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

1. The deposition deadline is continued to April 4, 2008.

2. All case progression deadlines set by reference to the deposition deadline are continued accordingly.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge