IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISIAH J. JONES, | ) | 4:05CV3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's April 1, 2008, order (filing 201), the plaintiff has elected to proceed with his appeal and has submitted to the Clerk of the Court the full $455.00 appellate filing fee. Accordingly,

IT IS ORDERED that the Clerk of the Court shall now process the appeal in this matter.

DATED this 16th day of April, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge